| | |
|---|---|
| 1 | Michael A. Gould (SBN 151851) |
| 2 | Michael@wageandhourlaw.com |
| | Aarin A. Zeif (SBN 247088) |
| 3 | Aarin@wageandhourlaw.com |
| 4 | GOULD & ASSOCIATES |
| | A Professional Law Corporation |
| 5 | 17822 East 17th Street, Suite 106 |
| 6 | Tustin, California 92780 |
| | Telephone: (714) 669-2850 |
| 7 | Telecopier: (714) 544-0800 |

JS-6

Attorneys for Plaintiff
Kathy Vance

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

KATHY VANCE,

　　　　　Plaintiff,

v.

NATIONAL RAILROAD
PASSENGER CORPORATION,

　　　　　Defendant.

) **CASE NO.: 5:16-cv-00271 PA (DTBx)**
) [Hon. Judge Percy Anderson]
)
)
)
)
) **ORDER DISMISSING ACTION**
) **WITH PREJUDICE**
)
)
) Case Filed: January 5, 2016
)
)
)
)

---

- 1 -
[PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE

ORDER

Based on the Stipulation for Dismissal with Prejudice and upon a finding of good cause, the Court hereby orders this action shall be, and is voluntarily DISMISSED WITH PREJUDICE, with each party to bear its own attorney's fees, expenses and costs of court, if any.

Dated: October 13, 20165

_____
Percy Anderson
United States District Court Judge